

Bank of America N.A.
NC4-105-02-99
4161 Piedmont Parkway
Greensboro, NC 27410-6012
Tel    888-702-1161
Fax    336-805-3509

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
301 NORTH MIAMI AVENUE ROOM 150
MIAMI, FL 33128

## UNITED STATES BANKRUPTCY COURT
## Southern District of Florida (Miami)

In Re: SCOTT JAY HOPP

Case Number: 15-12428

BANK OF AMERICA filed a claim on: 04/22/2015

Account number: 5099

Chapter: 13

This claim was: 003

Please WITHDRAW that claim, which was submitted for $25563.53.

Sincerely,

/S/ MIRANDA MCDOWELL
AVP, Bankruptcy Specialist

Enclosures