UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

CASE NO. 15-12428-LMI

Scott Jay Hopp & Deanne Lisa Hopp,

Chapter 13

Debtor.
_____/

## NOTICE OF CHANGE OF ADDRESS

Tri-State Funding, LLLP, though counsel and pursuant to S.D. Fla. Local Rule 1009-1(D)(1), hereby files this Notice of Change of Address for use in changing and/or correcting the following creditor's mailing address information:

Prior Address:        Steven J. Gutter, P.A.
                      21301 Powerline Road, Suite 100
                      Boca Raton, FL 33433

The updated address is:   Steven J. Gutter, P.A.
                          6400 Congress Avenue, Suite 1200
                          Boca Raton, FL 33487

Dated: May 23rd, 2016

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:

STEVEN J. GUTTER, P.A.
*Attorneys for Plaintiff*
6400 Congress Avenue, Suite 1200
Boca Raton, FL 33487
Telephone: (561) 961-2525
Facsimile: (561) 961-2530
Primary email: steven@sjgutterlaw.com
Secondary: tara@sjgutterlaw.com

By: _____
    Steven J. Gutter, Esq.
    FBN 207421

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 23rd day of May, 2016, the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case, and via first class U.S. Mail to all parties listed on the attached Service List.

**Electronic Mail Notice List**

The following is the list of parties who **are** currently on the list to receive email notice/service for this case.

- Nancy K. Neidich, Trustee; barmat.trustee@furrcohen.com
- Office of the US Trustee; USTPRegion21.MM.ECF@usdoj.gov
- Mitchell J. Nowack, Esq., Attorney for Defendant; mitchell@nowackolson.com

The following is the list of parties who are **not** currently on the list to receive email notice/service for this case.